# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

DMN Films, LLC

                        Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:13−cv−02360
　　　　　　　　　　　　　　　　　　　Honorable Amy J. St. Eve

DOES 1−50

                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, August 26, 2013:

      MINUTE entry before Honorable Amy J. St. Eve: Pursuant to plaintiff's notice of voluntary dismissal, doe defendant #48 is hereby dismissed with prejudice. Mailed notice(kef, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.